No. 85–2145.  MARICLE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–2146.  QUEMENER ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 85–2148.  HALE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 85–2149.  CRAFT ET AL. v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–2151.  NISIOTAKIS ET AL. v. COLUMBUS AIRCRAFT DIVISION OF ROCKWELL INTERNATIONAL CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–2152.  BAGGIANO, COMMISSIONER, ALABAMA MEDICAID AGENCY, ET AL. v. ALACARE, INC.–NORTH.  C. A. 11th Cir. Certiorari denied.

No. 85–2153.  BROTHERHOOD OF LOCOMOTIVE ENGINEERS v. BOSTON & MAINE CORP.; and
No. 86–160.  BOSTON & MAINE CORP. v. BROTHERHOOD OF LOCOMOTIVE ENGINEERS.  C. A. 1st Cir.  Certiorari denied.

No. 85–2154.  ARMSTRONG RUBBER CO. ET AL. v. UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 85–2158.  BOWER ET AL. v. LYNG, SECRETARY OF AGRICULTURE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–2159.  THOMPSON v. HOUSING AUTHORITY OF THE CITY OF LOS ANGELES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–2160.  TOWN OF NORWOOD v. UNCOMPAHGRE VALLEY WATER USERS ASSN. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 85–2162.  SANDHU v. VIRGINIA STATE WATER CONTROL BOARD.  C. A. 4th Cir.  Certiorari denied.